IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CLIFTON J. TERRELL,**<br><br>Plaintiff,<br><br>v.<br><br>**C. E. DUCART, et al.,,**<br><br>Defendants. | 17-cv-03924-WHO (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION**<br><br>Judge: The Honorable William H. Orrick<br>Trial Date: n/a<br>Action Filed: July 12, 2017 |

For good cause appearing, Defendants Abdullah, Ducart, Gomez, Losacco, Holt, and Peterson's request to change the time when they must file a dispositive motion or notice regarding such motion is granted. Defendants may file a dispositive motion on or before July 19, 2018.

Plaintiff's opposition to the dispositive motion shall be filed not more than twenty-eight days after the date on which Defendants' motion is filed.

/ / /

/ / /

/ / /

/ / /

1

Defendants shall file a reply brief no later than fourteen days after the date Plaintiff's opposition is filed.

**IT IS SO ORDERED.**

Dated:_May 3, 2018

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge

2

[Proposed] Order Grant'g Defs.' Mot. Change Time File Dispositive Mot. (17-cv-03924-WHO (PR))